**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-2197**

───────────

MERLE T. RUTLEDGE, JR.,

              Plaintiff - Appellant,

      v.

OFFICER TESSIER, in his individual capacity; OFFICER PLAZA,
in her individual capacity,

              Defendants – Appellees,
      and

JOHN DOE 3, supervisor of the Norfolk, Virginia Police
Department Officer, sued in his individual and official
capacity,

              Defendant.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Douglas E. Miller, Magistrate
Judge.  (2:13-cv-00470-DEM)

───────────

Submitted:  February 25, 2015       Decided:  March 3, 2015

───────────

Before NIEMEYER, KING, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Merle T. Rutledge, Jr., Appellant Pro Se.  Melvin Wayne Ringer,
CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's order denying relief in his 42 U.S.C. § 1983 (2012) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rutledge v. Tessier, No. 2:13-cv-00470-DEM (E.D. Va. Oct. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED